# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| IN RE<br><br>JUNIE ARMAND,<br><br>　　　　　Debtor | Chapter 7<br>Case No. 05-21699-FJB |
| JUNIE ARMAND,<br><br>　　　　　Plaintiff<br><br>v.<br><br>RELIANT RECOVERIES, INC.,<br><br>　　　　　Defendant | Adversary Proceeding<br>No. 10-1219 |

## JUDGMENT

This adversary proceeding having come on for consideration on the Plaintiff's Motion for Default Judgment; the Defendant having failed to answer the complaint and to respond to the Motion for Default Judgment; and, therefore, the Motion for Default Judgment having been granted,

It is hereby ORDERED and ADJUDGED that the Plaintiff, Junie Armand, recover of the Defendant, Reliant Recoveries, Inc., the sum of $2,800.00, plus interest thereon at the statutory rate of 0.27 percent per annum from the date of this judgment.

Date: November 29, 2010

_____
Frank J. Bailey
United States Bankruptcy Judge